Order amending verdict so as to include interest reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the court at Special Term, after the adjournment of the Trial Term had no power to make the order. (*Duerr* v. *Consolidated Gas Co.*, 104 App. Div. 465; *Fleming* v. *Jacob*, 57 Misc. Rep. 375), and also upon the ground that the allowance of interest was not proper, the claim being unliquidated and the amount demanded having been reduced by the jury. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

John F. Hylan, Appellant, v. Press Publishing Company, Respondent. (Actions Nos. 1 and 2.) — Appeal withdrawn on consent, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

Samuel Karp, Respondent, v. Atlas Press, Inc., and Morris B. Kleinfield, Appellants.— Order affirmed, with ten dollars costs and disbursements payable by defendants. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

Bessie Monash, Appellant, v. Realty Associates, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

Joseph Monash, Appellant, v. Realty Associates, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

William Tompkins, as Administrator, etc., of Martha Tompkins, Deceased, Appellant, v. The Patchogue Manufacturing Company, Respondent.— Order modified by striking out the provision requiring plaintiff to elect between the causes of action alleged in paragraphs 3d and 4th of the complaint, or to separately state and number said causes of action. The complaint states but one cause of action. (*Payne* v. *N. Y., S. & W. R. R. Co.*, 201 N. Y. 436.) As so modified, order affirmed, without costs. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

Benjamin E. Banks and Another, Respondents, v. Samuel Olim, Appellant, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

Algernon R. Burchsted, Respondent, v. Paterson Brewing and Malting Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

Daniel M. Gerard, Respondent, v. Cross & Brown Company, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

H. D. Best Company, Respondent, v. Linde Air Products Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

Wallace Hunt and Florence Hunt, Respondents, v. Henry G. K. Heath, Appellant, and Others, Defendants.— Motion granted, and case set down for Tuesday, October 8, 1918. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

The Isaac L. Rice Memorial Hospital for Convalescents, Appellant, Respondent, v. Village of North Tarrytown and Others, Respondents,

Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of EDWARD J. DARRAGH for Admission to the Bar.— Application granted. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of VIRGILIO DEL GENOVESE, Deceased. FIDALMA DEL GENOVESE, Individually and as Administratrix, etc., Appellant; JOSEPH DEL GENOVESE, Respondent. — Motions denied, without costs. Present — Jenks, P. J., Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Estate of KATHERINE B. JOHNSTON, Deceased. ANNIE DU BOIS SWAIN, Appellant; FRANK HASBROUCK, as Executor, etc., and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of MABEL JONES for Payment of an Award, etc., in Proceedings to Open West Eleventh Street, etc.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION. LUKE O'REILLY, an Attorney.— On account of the illness of the Hon. Garret J. Garretson, this matter is referred to the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of WILLIAM PURDY SHANNON, Deceased.— Motion denied, on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of THOMAS F. TEVLIN, an Attorney.— Motion granted, without costs. Present — Jenks, P. J., Mills, Blackmar and Kelly, JJ.

In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator, etc., of MARIE A. STOUFFER, Deceased, etc. CHARLES E. THEDFORD, as Administrator, etc., Respondent; ADELE L. ROUYON, Individually and as Administratrix, etc., and Others, Appellants.— Motions denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CAROLINE M. KEELER, as Executrix, etc., of JOHN R. KEELER, Deceased, Respondent, v. VASCO P. ABBOTT and JAMES C. DOLAN, Appellants, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

IDA L. KIRK, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY AND BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellants.— Motion denied, on condition that appellants perfect the appeal, place the case on the calendar for Tuesday, October 8, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

WILLIAM KRAMER, JR., an Infant, by WILLIAM KRAMER, His Guardian ad Litem, Plaintiff, v. WILLIAM B. BOYD, Defendant.— Motion for stay granted. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.